# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 11 PM 3:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

IN THE MATTER OF THE SEARCH OF            )
                                          )
                                          ) Case No. _____
Brown Nextel Motorola i880 serial number 364VHS1QZ0       )
Black Nextel Motorola i560 serial number 364THN8C7R       )
White Nokia RM-181 model 5200 IMEI: 352733/01/114313/8    )
Silver T Moble iPAQ serial number TWG43003Z3              )
Dark blue Motorola serial number G20WH05078               )
Black Samsung Up Stage serial number YO2P726BS/--         )
Black and silver Motorola AT&T serial number F42MHZCGBF   )
Black and gray Motorola i425 cellular phone model H98XAH6JR2AN )
                                          )

'08 MJ 1835

## SEARCH WARRANT

TO:  Any Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement Office of Investigations and any Authorized Officer of the United States.

Affidavit(s) having been made before me by Lucia Cabral-DeArmas who has reason to believe that on the person or on the premises known as

Described in Attachment "A";

in the Southern District of California, there is now concealed a certain person or property, namely

Described in Attachment "B";

which is property that constitutes evidence of the commission of a criminal offense concerning a
violation of Title ___8___ United States Code, Section(s) __1324__, and
violation of Title _____ United States Code, Section(s) _____, and
violation of Title _____ United States Code, Section(s) _____.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _June 22, 2008_ Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

_6/12/2008_ at _3:10 p.m._, _San Diego, California_
Date/Time issued                    City and State

**RUBEN B. BROOKS**
**U.S. MAGISTRATE JUDGE**     _/s/ Ruben Brooks_
Name and Title of Judicial Officer   Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| June 12, 2008 | June 19, 2008 | ICE SA Marshall |

**INVENTORY MADE IN THE PRESENCE OF:**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Special Agent (S/A) David Marshall a Computer Forensic Agent (CFA) as designated by the ICE Cyber Crimes Center (C3), examined the eight (8) cell phones described in search warrant 08 MJ1835. The following information was retrieved from the cellular telephones:

1. Cellular phone numbers.
2. Information stored in the cellular phonebook.
3. Retrieved Photos
4. Retrieved Videos
5. Retrieved text messages
6. Retrieved phone number for calls made and received from the each cellular phone.

Nothing Follows

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Ruben B. Brooks            8/11/2008 at 3:30 p.m.

Subscribed and sworn before me.